# United States District Court — Violation Notice

CVB Location Code: 3245
WW13

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4511357 | Walker | W0287 |

4511357

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged | ☐ CFR ☐ USC ☑ State Code |
|---|---|---|
| 09/03/2014 0559 | RCW 46.20.342.1(c) | |

**Place of Offense:** Log gate At Rainier RD

**Offense Description / Factual Basis for Charge:** DWLS 3rd

HAZMAT ☐

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Johnson | Mark | A |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| AKC8387 | WA | 07 | Hummer | | grey |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 100 Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ 125 Total Collateral Due

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

X Defendant Signature: Mark [signature]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **03 September**, 20 **14** while exercising my duties as a law enforcement officer in the **Western** District of **Washington**

— I was dispatched to Logistic Center Gate in reference to driving while license suspended. Investigation revealed that Johnson drove up to the gate in a 2007 hummer (WA/ AKC8387) and was accessing Joint Base Lewis McCord. The gate guard scanned Johnson's I.D. which showed post driving revocation. A check of Johnson's North Carolina driver's license (9964393) showed it is suspended as of Sep 2012 for failure to appear.

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **09/03/2014**   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident